UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20365-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ADOLF ISAAC SCHWARTZ**,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 254] AND DENYING MOTION FOR EARLY TERMINATION OF PROBATION [ECF NO. 247]

THIS CAUSE came before the Court on Magistrate Judge Alicia Valle's Report and Recommendation on Defendant Adolf Isaac Schwartz's Motion for Early Termination of Probation [ECF No. 247], entered on April 22, 2024. [ECF No. 254].

THE COURT has reviewed the Report for clear error and is in full agreement with Judge Valle's analysis and recommendations. The Court also notes that to date, no objections have been filed, and the time to do so has passed. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 254]** is **AFFIRMED AND ADOPTED**. Defendant Adolf Isaac Schwartz's *Pro Se* Motion for Early Termination of Probation, which the Court interprets as a Motion for Early Termination of Supervised Release **[ECF No. 247]** is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida this 14th day of May, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Adolf I. Schwartz, 7588 N.W. 51st Place, Coral Springs, FL 33067
       Email: Schwartzadolfl1974@gmail.com